Transportation of freight. On a memorandum report by the commissioner stating that the parties had reached agreement at a pretrial conference, it was ordered that judgment for the plaintiff be entered for $15,833.06.

Pay and Allowances

On stipulations by the parties based on the decisions of the court in Tanner v. United States, 129 C. Cls. 892, cert. denied 350 U. S. 842; Seagrave v. United States, 131 C. Cls. 790; Hyde v. United States, 134 C. Cls. 690, and Stevanus v. United States, 138 C. Cls. 149, judgments were entered for the respective plaintiffs for the amounts stated in the several stipulations, as follows:
ON JULY 12, 1967
No. 244-55. Ernest J. St. Jacques_$5, 663.11
No. 55-57. Pauline S. Field, Administratrix of the Estate of Reginald Field, Deceased_ 1, 965.12
ON AUOUST 30, 1967
No. 456-54. Felix Garcia De La Torre, et al_ 1, 643. 00
No. 43-55. Frank A. Warner_ 8,916.85
No. 77-55. Roane Waring_ 9? 948.85
No. 426-56. Loring W. Batten, Jr., et al.: Loring W. Batten, Jr. (1)_ 7,719.61
Miltimore W. Brush (2)_ 10,225.35
Ivan A. Chesbro (3)_ 2, 994. 87
*835 Henry A. Dihm (4)_ 9, 664.29
William J. Eklund (6)_ 8,741.35
Junnius Pierce (9)- 7,873.30
Edwin E. Sehroedor (10)_ 5,013.43
Douglas A. White (11)_ 5,264. 55
Orion N. Wing (12)_ 990.26
No. 525-56. Alfred L. Sawyer_ 733.25
No. 68-57. David W. Eddy_ 3,019.94
No. 242-57. Bradley J. Carter_ 6, 966.30